IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02581-PAB-MEH

NICHOLAS CARNIVAL,

    Plaintiff,

v.

GEICO CASUALTY COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2016.**

    Defendant's Unopposed Motion for Entry of Stipulated Confidentiality Order [filed February 8, 2016; docket #20] is **granted**.  The parties' proposed Stipulated Confidentiality Order is accepted and filed contemporaneously.